IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| | CRIMINAL CASE NO. |
| v. | |
| | 1:13-cr-45-07-JEC-JSA |
| ALONSO ALFONSO RIVERA, | |
| Defendant. | |

**ORDER**

This case is before the Court on the Magistrate Judge's Report and Recommendation [196] recommending accepting defendant's plea of guilty tendered on August 29, 2013. No objections to the Report and Recommendation [196] have been filed.

It is hereby Ordered that the Court **ADOPTS** the Magistrate Judge's Report and Recommendation [196] and **ACCEPTS** the defendant's plea of guilty as to Counts One and Seven of the Indictment.

SO ORDERED this 23rd day of May, 2014.

/s/ Julie E. Carnes
JULIE E. CARNES
CHIEF U.S. DISTRICT JUDGE

AO 72A
(Rev.8/82)